# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0274
LT Case No. 2013-102539-CFDL

_____

JOSHUA I. MARTINEZ,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Joshua I. Martinez, Mayo, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

March 8, 2024

PER CURIAM.

 The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the December 7, 2023 order denying Petitioner's motion for postconviction relief rendered in Case No. 2013-102539-CFDL, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____